**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CONSTANCE WASHINGTON,

                  Plaintiff,

        -against-

NEW YORK STATE UNIFIED COURT
SYSTEM, OFFICE OF COURT
ADMINISTRATION; DEPUTY CHIEF
ADMINISTRATIVE JUDGE ADAM SILVERA,

                  Defendants.

**25-CV-8261 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are **ORDERED** to submit a joint status report, in concert with Attorney Carl

Watters, by May 19, 2026, concerning the status of settlement discussions.

**SO ORDERED.**

**Dated:**      **New York, New York**
               **May 6, 2026**

                                **ANDREW L. CARTER, JR.**
                                **United States District Judge**