**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

CONSTANCE WASHINGTON,

                 **Plaintiff,**

        **-against-**                             **1:25-cv-8261-ALC**

NEW YORK STATE UNIFIED COURT        **ORDER**
SYSTEM, OFFICE OF COURT
ADMINSTRATION, et al.,

                 **Defendants.**

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will hold a telephonic conference in this matter on **June 15, 2026**, at **2:00 PM**

**ET**. All parties shall appear and should contact the Court at 1-855*244*8681 (access code: 2305

370 0226#).

**SO ORDERED.**

**Dated:**  June 12, 2026
       **New York, New York**                      **ANDREW L. CARTER, JR.**
                                         **United States District Judge**