**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CONSTANCE WASHINGTON,

　　　　　　　　　Plaintiff,

　　　-against-

NEW YORK STATE UNIFIED COURT
SYSTEM, OFFICE OF COURT
ADMINISTRATION; DEPUTY CHIEF
ADMINISTRATIVE JUDGE ADAM SILVERA,

　　　　　　　　　Defendants.

**25-CV-8261 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

　　　Plaintiff is **ORDERED** to submit a letter by June 24, 2026, informing the Court of her

ability to retain counsel.

　　　The parties are further **ORDERED** to submit a joint status report by July 9, 2026,

concerning the status of the underlying disciplinary proceedings and settlement discussions.

**SO ORDERED.**

**Dated:**　　**New York, New York**
　　　　　**June 17, 2026**

_____
　　**ANDREW L. CARTER, JR.**
　　**United States District Judge**