**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CONSTANCE WASHINGTON,

Plaintiff,

-against-

NEW YORK STATE UNIFIED COURT SYSTEM, OFFICE OF COURT ADMINISTRATION; DEPUTY CHIEF ADMINISTRATIVE JUDGE ADAM SILVERA,

Defendants.

**25-CV-8261 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are **ORDERED** to submit a joint status report regarding the status of Plaintiff's health and the disciplinary matter by July 28, 2026.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 14, 2026**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**