**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CONSTANCE WASHINGTON,

Plaintiff,

-against-

NEW YORK STATE UNIFIED COURT SYSTEM, OFFICE OF COURT ADMINISTRATION; DEPUTY CHIEF ADMINISTRATIVE JUDGE ADAM SILVERA,

Defendants.

**25-CV-8261 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court held a hearing on October 27, 2026, at which the parties informed the Court that this matter has been settled, and that the Plaintiff has agreed to dismiss the case with prejudice. The Court issued an Order to Show Cause why this matter should not be dismissed with prejudice. ECF No. 44. Neither party made such showing.

Accordingly, this case is DISMISSED with prejudice. The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

**Dated:** **New York, New York**
**November 12, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**